**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

Case Name: __RONALD GENE HOUSMAN Jr__     Case No.: __21-40979__

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

❏ **Amendment to Petition:**
　　❏ Name ❏ Debtor(s) Mailing Address ❏ Alias
　　❏ Signature ❏ Complying with Order Directing the Filing of Official Form(s)
❏ **Summary of Your Assets and Liabilities and Certain Statistical Information**
❏ **Statement of Financial Affairs**
[ X ] **Schedules and List of Creditors:**
　❏ Schedule A/B
　❏ Schedule C ❏ Debtor 2 Schedule C
　[ X ] List of Creditors　　❏ Schedule D　❏ Schedule E/F　and
　　❏ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$32.00 Fee Required**, or
　　[ X ] Change address of a creditor already on the List of Creditors – **No Fee Required**
　❏ Schedule G
　❏ Schedule H
　❏ Schedule I
　❏ Schedule J
　❏ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

| Additional Details of Amendment(s): | |
|---|---|
| Change of address of creditor per phone call from creditor | |

| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| Date<br>02/25/2021 | Signature<br>　/s/　Scott D. Kappler  P41750 |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date | Signature |
| Date | Signature |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**
Brain O'Rourke
282 Harpham Street
Commerce Township, MI 48382

**PLEASE CHANGE TO:**
2752 Red Arrow Drive
Commerce Twp., MI 48382

**PREVIOUS NAME/ADDRESS OF CREDITOR:**
Denice O'Rourke
282 Harpham Street
Commerce Township, MI 48382

**PLEASE CHANGE TO:**
2752 Red Arrow Drive
Commerce Twp., MI 48382

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

**PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*