UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re

**RONALD GENE HOUSMAN Jr.,**

Case No 21-40979
Hon Thomas J. Tucker

**Debtor.**
_____/
Scott D. Kappler P41750, Attorney for Debtor
199 N. Main Street, Suite 119, Plymouth, MI 48170
(734) 335-7065
skapplerlaw@gmail.com
_____/

STATE OF MICHIGAN    )
                     ) ss
COUNTY OF WAYNE      )

**AFFIDAVIT REGARDING TAX RETURNS**

Ronald Housman, being duly sworn, deposes and states:

1. I am the Debtor in the above-captioned proceeding.

2. I have not filed federal income tax returns for the most recent years, specifically 2017 through 2020, and therefore cannot comply with 11 USC §521.

3. I understood from information received from the IRS that because my income is/was below the filing threshold, I am not required to file income tax returns for the years indicated.

4. I have not filed federal income tax returns for 2017 through 2020 because I have not earned enough income to require the filing.

_____
Ronald G. Housman, Jr.

Subscribed and sworn to before me this 27th day of February, 2021.

_____
Scott D. Kappler, Notary Public
Wayne County, Michigan
My commission expires: 10/03/2021

1